UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> BASILE LIMITED LIABILITY COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Docket no. 2:09-cv-112-GZS <br> ) <br> ) <br> ) <br> ) <br> ) |

**CASE MANAGEMENT ORDER**

Before the Court is Plaintiff's Response to Order to Show Cause (Docket # 15). As a result of the entry of default on June 2, 2009, the Order to Show Cause has already been terminated. Nonetheless, Plaintiff's Response requests that the Court maintain this matter on its docket and allow continued management in accordance with the Order Appointing Receiver (Docket # 8). Additionally, Plaintiff has directed this Court's attention to a similar matter assigned to Judge Hornby and asks that this Court consider similar management of this case. See PNC Bank National Association v. Knox Mill Properties LLC et al., Docket Number 2:09-cv-95-DBH. After reviewing the docket in that matter, including the transcript of the May 27, 2009 Conference of Counsel, the Court has determined that it is appropriate for this case to be similarly handled at this juncture.

Therefore, the Court hereby ORDERS that the issue of default judgment be and hereby is DEFERRED. The Court also hereby ORDERS this case be referred to Magistrate Judge Rich to be managed in accordance with the Order Appointing Receiver (Docket # 8). In addition to the reports required by that Order, Plaintiff shall file a status report on the docket on or before September 24, 2009 unless it has moved for default judgment before that time.

SO ORDERED.

                                                /s/ George Z. Singal
                                                United States District Judge

Dated this 24th day of June, 2009.